United States District Court
Southern District of Texas
**ENTERED**
August 11, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LOLITA MSEFVA-MATEKA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-1716 |
| | § | |
| EPIC HEALTH SERVICES, INC., | § | |
| | §. | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM & RECOMMENDATION**

Pending before the court is the Magistrate Judge's Memorandum and Recommendation ("M&R"), recommending that defendant's motion to dismiss for failure to prosecute (Dkt. 25) be granted. Dkt. 29. The M&R advises that any parties wishing to object to the M&R must do so by August 8, 2016. Dkt. 29 at 10. The M&R further states that "[f]ailure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal." *Id*. The court has received no objections. The court, having reviewed the M&R, relevant documents within the record, and the applicable law, and having received no objections, ADOPTS the M&R (Dkt. 29) in its entirety. For the reasons stated in the M&R, defendant's motion to dismiss is GRANTED. A final judgment will issue consistent with this order.

Signed at Houston, Texas on August 11, 2016.

_____
Gray H. Miller
United States District Judge